No. 429, Misc. STEPHENSON *v.* NEW JERSEY ET AL. Supreme Court of New Jersey. Certiorari denied.

No. 433, Misc. HARRIS *v.* ROBINSON, WARDEN. Circuit Court of Sangamon County, Illinois. Certiorari denied.

No. 435, Misc. CIHA *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 438, Misc. MOORE *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

*Rehearing Denied.*

No. 458. CARPENTER *v.* ROHM & HAAS Co., INC.; and No. 459. CARPENTER *v.* ERIE RAILROAD Co., 336 U. S. 904. The motions to enlarge the time to file petitions for rehearing are denied.

No. 453. WADE *v.* MICHIGAN, 336 U. S. 924. Rehearing denied.

No. 487. CHANDLER *v.* UNITED STATES, 336 U. S. 918. Rehearing denied.

No. 502. KOEHNE ET AL. *v.* MATTHEWS, U. S. MARSHAL, ET AL., 336 U. S. 924. Rehearing denied.

No. 517. POORE *v.* MISSISSIPPI, 336 U. S. 922. Rehearing denied.

No. 368, Misc. FRANKLIN *v.* HUDSPETH, WARDEN, ET AL., 336 U. S. 927. Rehearing denied.

No. 406, Misc. EAGLE *v.* CHERNEY ET AL., 336 U. S. 928. Rehearing denied.